**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| A.J. RUDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-13-416-FHS-SPS |
| | ) |
| CITY OF MUSKOGEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

On February 13, 2014, this Court entered two orders which dismissed Plaintiff's Amended Complaint for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(6). *See*, Dkt. Nos. 32 and 33. Plaintiff was given fourteen (14) days to file a second amended complaint. On February 28, 2014, the magistrate judge granted Plaintiff an additional fourteen (14) days to file his amended complaint. To date, Plaintiff still has not filed a new amended complaint. Accordingly, pursuant to this Court's prior orders, this case is hereby dismissed without prejudice.

It is so ordered on this 9th day of April, 2014.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma